UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL D. BURTON, | Case No. EDCV 17-216-JLS (KK) |
| Petitioner, | |
| v. | ORDER TO SHOW CAUSE |
| DAVID SHINN, Warden, | |
| Respondent. | |

On February 6, 2017, Petitioner filed a Petition for Writ of Habeas Corpus by a Person in Federal Custody. ECF Docket No. ("Dkt") 1. On February 9, 2017, the Court issued an Order requiring an Answer/Return to the Petition be filed not later than March 13, 2017. Dkt. 4. As of this date, Respondent has not complied with the February 9, 2017 Order.

Accordingly, Respondent is ORDERED TO SHOW CAUSE in writing, **on or before March 27, 2017**, why Respondent has failed to file an Answer. Respondent is cautioned failure to timely respond to this Order may result in entry of default, pursuant to Federal Rule of Civil Procedure 55(a), and/or sanctions.

Dated: March 20, 2017

HONORABLE KENLY KIYA KATO
United States Magistrate Judge